UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 30, 2008

MEMORANDUM TO COUNSEL RE:   Mayor and City Council of Baltimore v.
Wells Fargo Bank, N.A., et al.
Civil #L-08-62

Dear Counsel:

The Court is scheduling a hearing on the motion to dismiss and is setting aside the entire day for this hearing. The following dates are available on the Court's calendar.

January 13, 2009   at 10 a.m.   (all day)
January 14, 2009   at 10 a.m.   (all day)
January 16, 2009   at 10 a.m.   (all day)
January 20, 2009   at 10 a.m.   (all day)
January 21, 2009   at 10 a.m.   (all day)

Counsel are to confer with one another and contact my assistant, Deborah Fales, on or before November 7, 2008, stating which date counsel are available for the motion hearing.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg