In the U.S. District Court of Maryland
101 W. Lombard St.
Baltimore, MD 21201

FILED ENTERED
LODGED RECEIVED

DEC 1 2 2008

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

Mayor and the
City Council of Baltimore,   Plaintiff   :

v.                                           :   Case #: L08-cv-062

Wells Fargo,   Defendant   :

Notice of Appeal

Please, take notice that David Kissi is filing a timely Notice of an Appeal against Judge Benson E. Legg's erroneous Order of 11/20/08. See Exhibit B hereby attached.

Please, waive all filing fees since Plaintiff is already approved to proceed at no cost under CJA. See Exhibit A hereby attached.

Respectfully Submitted by: _____
David Kissi, A Friend of the Court
And Lay Witness
#38348037
FCI Elkton
PO Box 10
Lisbon, OH 44432

FILED: March 11, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-4916
(8:05-cr-00254)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

DAVID M. KISSI,

        Defendant - Appellant

O R D E R

Appellant has filed a motion to reconsider an order denying his motion to proceed under the Criminal Justice Act.

The Court grants the motion and allows appellant to proceed under the Criminal Justice Act.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk

Letter 2010 p 3        Exhibit B
                       DEL 08-62

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

City of Baltimore et al _____ *

_____
Plaintiff(s)            *          NOV 0 7 2008

vs.                     *          Civil No.: CV 00062 BEL
                                   Criminal No: CV 00062 BEL
Wells Fargo et al _____ *
_____
Defendant(s)            *

******* Re: 08-062
        ~~Docket in:~~ AW-05-0254

## MOTION FOR COPY WORK AT THE EXPENSE OF THE UNITED STATES

I request copies of the documents listed below at the expense of the United States. (Describe documents by case number, title, date, and any other information that may help locate them.)

_Please send me any and all filings known on the Docket Entry of the entire CV 00062 BEL + transcripts if any; plus the entire transcripts of DKC's Chapter 7 00-6114 ES presided by Judge Kessler. Its inception in 9/2000 thru 2008 + all the transcripts of PJM 03-2241; JFM 02-041, 42, 44 for all the hearings till 2008. I want from me docored._

The reason I need the copies is:

*The 4th Circuit Chief Clerk M. Pat S Conner has requested and Koh should file an informal brief pronto. Also, pl. see p2.*

Attached is an affidavit showing I cannot afford to pay for the copies.

___ FILED    ___ ENTERED
___ LOGGED   ___ RECEIVED

NOV 2 0 2008                   D. Kim
                               _____
AT BALTIMORE                   (signature)
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND           David Kim
BY _____ DEPUTY              _____
                               (printed name)
                               11/28/08

U.S. District Court (Rev. 12/2000)

MOTION DENIED, this 20th day of November 2008.

_Benson Everett Legg_                              184 ①

NAME  David Kissi
REG # 26348-037
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

To Mulkey Owens, Chief Clerk
U.S. District Ct of MD
101 W Lumbard Street 6th fl
Baltimore, MD 21201

Notice of
Appeal