UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

August 6, 2009

MEMORANDUM TO COUNSEL

      Re:    <u>Mayor and City Council of Baltimore v. Wells Fargo Bank, N.A. et al.</u>,
Civil No. L-08-62

Dear Counsel:

      Effective immediately, this case has been officially reassigned to Judge J. Frederick Motz. I have discovered a potential conflict of interest, and decided to recuse myself from the case. Today's hearing will go forward as scheduled with Judge Motz in Courtroom 5A.

      /s/
Benson Everett Legg
Chief Judge
United States District Court

1