UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 7, 2009

MEMO TO COUNSEL RE:   Mayor and City Council of Baltimore v. Wells Fargo
Bank, N.A., et al.
Civil No. JFM-08-62

Dear Counsel:

This will confirm, as we discussed during the conference held after the hearing on August 6, 2009, that we will hold conferences (either in person or over the telephone, at your election) on the following days at 4:30 p.m.:

October 8, 2009
November 12, 2009
December 10, 2009
January 14, 2010

I will have a court reporter available at every conference in case issues arise that need to be put on the record. Please advise my secretary, Mary Ellen Claypoole, in advance of each of the conferences as to whether you intend to appear in person or whether the conference can be held over the telephone. If the conference is by telephone, please make the conference call arrangements and advise chambers how to connect to the call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge