# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

September 23, 2009

MEMO TO COUNSEL RE:  Mayor and City Council of Baltimore v. Wells Fargo Bank, N.A., et al.
Civil No. JFM-08-62

Dear Counsel:

     A conference call regarding my ruling on the confidentiality order will be held at 4:30 p.m. on October 1, 2009.  I ask counsel for plaintiff to initiate the call.

     Very truly yours,

     /s/

     J. Frederick Motz
     United States District Judge