FILED: October 6, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1872
(1:08-cv-00062-BEL)

_____

MAYOR AND CITY COUNCIL OF BALTIMORE,

    Plaintiff - Appellee

v.

WELLS FARGO BANK NA,

    Defendant - Appellant

and

WELLS FARGO FINANCIAL LEASING, INCORPORATED,

    Defendant

DAVID M. KISSI,

    Party-in-Interest

_____

RULE 45 MANDATE
_____

This Court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate

Procedure.

/s/Patricia S. Connor, Clerk