FILED: October 6, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1872
(1:08-cv-00062-BEL)

_____

MAYOR AND CITY COUNCIL OF BALTIMORE,

        Plaintiff - Appellee

v.

WELLS FARGO BANK NA,

        Defendant - Appellant

 and

WELLS FARGO FINANCIAL LEASING, INCORPORATED,

        Defendant

DAVID M. KISSI,

        Party-in-Interest

_____

O R D E R
_____

The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/Patricia S. Connor, Clerk