UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 17, 2011

MEMO TO COUNSEL RE: Mayor and City Council of Baltimore v. Wells Fargo
Bank, N.A., et al.
Civil No. JFM-08-62

Dear Counsel:

    This will confirm that you will provide me with a proposed joint scheduling order or competing scheduling orders on or before June 14, 2011.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge