UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 1:08-cv-00062-JFM ) |
| WELLS FARGO BANK, N.A. | ) ) ) |
| and | ) ) |
| WELLS FARGO FINANCIAL LEASING, INC., | ) ) ) ) |
| Defendants. | ) ) |

### WELLS FARGO'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE

Pursuant to this Court's Order dated May 17, 2011 (Doc. No.194), Defendants Wells Fargo Bank, N.A. and Wells Fargo Financial Leasing, Inc. ("Wells Fargo") and Plaintiff Mayor and City Council of Baltimore ("the City") separately proposed discovery plans to the Court on June 20, 2011 (Doc. Nos. 198 and 200). The Court's Order did not permit responsive filings. Today, the City filed a Motion for Leave to File Response to Defendants' Proposed Discovery Plan (Doc. No. 201) (the "Motion for Leave"), and included the subject response as an exhibit.

The City did not confer with Wells Fargo before filing the Motion for Leave and, pursuant to Local Rule 105(2)(a), Wells Fargo is entitled to 14 days to oppose it. Provided that

Wells Fargo is accorded a reasonable period of time to respond to the City's discovery submissions (Doc. Nos. 198 and 201), Wells Fargo does not oppose the Motion for Leave.

WHEREFORE, Wells Fargo requests that it be permitted until July 8, 2011 to file a response to the City's discovery submissions.

Respectfully submitted,

/s/ Andrew L. Sandler
Andrew L. Sandler (MD Fed. Bar No. 22950)
Benjamin B. Klubes (MD Fed. Bar No. 08085)
Jonice Gray Tucker (MD Fed. Bar No. 26484)
Valerie L. Hletko (*pro hac vice*)
BUCKLEYSANDLER LLP
1250 24th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 349-8000 (Telephone)
(202) 349-8080 (Facsimile)
asandler@buckleysandler.com
bklubes@buckleysandler.com
jtucker@buckleysandler.com
vhletko@buckleysandler.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Financial Leasing, Inc.*

## **CERTIFICATE OF SERVICE**

       I certify that on June 24, 2011, a copy of the above and foregoing was electronically filed in this case and was duly served upon counsel of record by operation of the Court's ECF system.

Dated: June 24, 2011              /s/ Valerie L. Hletko
                                                             Valerie L. Hletko