**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

|  |  |  |
|---|---|---|
| MAYOR AND CITY COUNCIL OF BALTIMORE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:08-cv-00062-JFM |
| WELLS FARGO BANK, N.A. | ) ) ) | |
| and | ) ) | |
| WELLS FARGO FINANCIAL LEASING, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to the Court's direction to the parties during the conference held on August 10, 2011, Plaintiffs Mayor and City Council of Baltimore (the "City" or "Plaintiffs") and Defendants Wells Fargo Bank, N.A. and Wells Fargo Financial Leasing, Inc. ("Wells Fargo" or "Defendants") (together, the "Parties") set forth herein a proposed scheduling order in connection with the City's Third Amended Complaint ("TAC").

The Parties shall exchange discovery pursuant to the Court's Orders relating to the properties identified in paragraphs 119-308 of the TAC (the "190 Properties"). Discovery to be provided by Wells Fargo shall include materials relating to the origination and servicing of the Wells Fargo loans on the 190 Properties, including materials within loan files for the 190 Properties and certain electronic data relating to these loans, as well as any other materials consistent with the parameters established by the Court. Discovery to be provided by the City

shall include materials relating to the 190 Properties and properties within a negotiated radius of the 190 Properties, as well as any other materials consistent with the parameters established by the Court.  The Court certifies that any service required under Md. Code Ann., Fin. Inst., § 1-304 is hereby waived for good cause pursuant to § 1-304(b)(2).  The Parties anticipate that discovery can be completed over the course of 16 months, with the following internal deadlines[1]:

- Amending pleadings and joining parties within 2 months;
- Document production within 8 months;
- Fact depositions, interrogatories, and requests for admission within 12 months;
- Simultaneous disclosure by all parties of expert information and written reports pursuant to Federal Rule of Civil Procedure 26(a)(2) within 14 months;
- Simultaneous exchange of expert rebuttal reports within 15 months;
- Expert witness depositions within 16 months; and
- Filing dispositive motions within 90 days after the close of discovery.

---

[1] The parties agree that initial disclosures are likely to be unproductive in light of the complexities of the case and information likely to be revealed in discovery.  They are prepared to submit a joint motion dispensing with the requirement if the Court wishes.

Dated: February 17, 2012                                    Respectfully submitted,


| /s/ Jonice Gray Tucker | /s/ John P. Relman |
|---|---|
| Andrew L. Sandler (MD Fed. Bar No. 22950) | John P. Relman (MD Fed. Bar No. 11482) |
| Benjamin B. Klubes (MD Fed. Bar No. 08085) | Glenn Schlactus, *pro hac vice* |
| Jonice Gray Tucker (MD Fed. Bar No. 26484) | Megan Cacace, *pro hac vice* |
| Valerie L. Hletko (*pro hac vice*) | Tara K. Ramchandani, *pro hac vice* |
| BUCKLEYSANDLER LLP | RELMAN, DANE & COLFAX, PLLC |
| 1250 24th Street, N.W., Suite 700 | 1225 19th Street NW, Suite 600 |
| Washington, D.C. 20037 | Washington, DC 20036 |
| (202) 349-8000 (Telephone) | (202)728-1888 (Telephone) |
| (202) 349-8080 (Facsimile) | (202) 729-0848 (Facsimile) |
| asandler@buckleysandler.com | jrelman@relmanlaw.com |
| bklubes@buckleysandler.com | gschlactus@relmanlaw.com |
| jtucker@buckleysandler.com | mcacace@relmanlaw.com |
| vhletko@buckleysandler.com | tramchandani@relmanlaw.com |

| *Attorneys for Defendants Wells Fargo Bank, N.A. and Wells Fargo Financial Leasing, Inc.* | *Special Assistant City Solicitors and Attorneys for Plaintiff* |
|---|---|
| | George Nilson, City Solicitor (MD Fed. Bar No. 01123) |
| | Suzanne Sangree, Chief Solicitor (MD Fed. Bar No. 26130) |
| | City Hall |
| | 100 N. Holliday Street |
| | Baltimore, MD  21202 |
| | (410) 396-3297 (Telephone) |
| | (410) 659-4077 (Facsimile) |
| | George.Nilson@baltimorecity.gov |
| | Suzanne.Sangree@baltimorecity.gov |
| | |
| | *Attorneys for Plaintiff* |

Approved:


_____
J. Frederick Motz
United States District Judge

## **CERTIFICATE OF SERVICE**

    I certify that on February 17, 2012, a copy of the above and foregoing was electronically filed in this case and was duly served upon counsel of record by operation of the Court's ECF system.

Dated: February 17, 2012         /s/ Jonice Gray Tucker
                     Jonice Gray Tucker